IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

MICHAEL DEAN CARROLL, #L1925     PLAINTIFF

v.     No. 4:18CV94-GHD-DAS

"UNKNOWN ROGERS", ET AL.     DEFENDANTS

## ORDER OF DISMISSAL

The court takes up, *sua sponte*, the dismissal of this cause. On March 30, 2018, the court entered an order requiring the plaintiff to "advise the Court of a change of address." The court also stated that "failure to timely comply with any order of the Court will be deemed as a purposeful delay and contumacious act" that would result in the dismissal of this case. *Pro se* plaintiffs are required to complete and return the Acknowledgment forms attached to each order the court issues in this case. The plaintiff, however, failed to do so, as the court never received the Acknowledgment form attached to the court's order of May 7, 2020 (which the plaintiff was required to return). Thus, it appears that the plaintiff either failed to complete and return the Acknowledgment form – or failed to inform the court of a change of address. Either failure warrants dismissal of this case. This case is therefore **DISMISSED** without prejudice for failure to prosecute and for failure to comply with an order of the court under FED. R. CIV. P. 41(b).

SO ORDERED, this, the 18th day of August, 2020.

/s/ *signature*
SENIOR UNITED STATES DISTRICT JUDGE